**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Dan Lavert Temple, Appellant.

Appellate Case No. 2013-000663

---

Appeal From Oconee County
Alexander S. Macaulay, Circuit Court Judge

---

Unpublished Opinion No. 2015-UP-061
Submitted December 1, 2014 – Filed February 4, 2015

---

**AFFIRMED**

---

Appellate Defender Carmen Vaughn Ganjehsani, and
Appellate Defender Laura Ruth Baer, of Columbia, for
Appellant.

Attorney General Alan McCrory Wilson and Assistant
Attorney General Mark Reynolds Farthing, both of
Columbia; and Solicitor Christina Theos Adams, of
Anderson, for Respondent.

---

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Forrester*, 343 S.C. 637, 642, 541 S.E.2d 837, 840 (2001) ("In most cases, [m]aking a motion *in limine* to exclude evidence at the beginning of trial does not preserve an issue for review because a motion *in limine* is not a final determination." (internal quotation marks omitted)); *State v. Dicapua*, 373 S.C. 452, 455, 646 S.E.2d 150, 152 (Ct. App. 2007) (holding that when a party affirmatively states it has no objection to evidence being admitted at trial, it has waived any previous objections made in a pretrial motion), *aff'd*, 383 S.C. 394, 680 S.E.2d 292 (2009).

**AFFIRMED.**[1]

**WILLIAMS, GEATHERS, and McDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.